UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60699-CIV-DIMITROULEAS/SNOW

LIONAL DALTON,

    Plaintiff,

vs.

VOGUE AUTO SALES CORP.
d/b/a VOGUE AUTO,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice (the "Motion") [DE 14], filed herein on June 7, 2016. The Court has carefully reviewed the Motion [DE 14] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 14] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice** with each party to bear its own costs and attorney's fees unless otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of June 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies provided to:

Counsel of Record